20147.34146

STEPHANIE A. BOWEN/S.B. #191095
HALL HIEATT CONNELY & BOWEN LLP
444 Higuera Street, Third Floor
San Luis Obispo, CA 93401
Telephone: (805) 544-3830
Facsimile: (805) 544-5329
bowen@hhcb-slo.com

Attorneys for Defendant
SAN LUIS COASTAL USD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNNAR ELLENBECKER, CESAR ORTEGA, JR. and N. ORTEGA,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN LUIS COASTAL UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | No. 2:22-cv-04939-SVW-(PLAx)<br>[*Assigned to Honorable Stephen V. Wilson*]<br><br>PLAINTIFFS' AND DEFENDANT'S JOINT REQUEST FOR REMOTE VIDEO-TELECONFERENCE HEARING |

WHEREAS counsel for Plaintiffs GUNNAR ELLENBECKER, CESAR ORTEGA, JR. and N. ORTEGA is located in San Francisco, California; and

WHEREAS counsel for Defendant, SAN LUIS COASTAL USD, is located in San Luis Obispo, California,

THE PARTIES HEREBY JOINTLY REQUEST that the Initial Status Conference, set for Monday, October 31, 2022 at 3:00 p.m., before the Honorable

\\\

\\\

\\\

---

**JOINT REQUEST FOR REMOTE VIDEO-TELECONFERENCE HEARING**    1

Stephen V. Wilson, be held remotely via Zoom Teleconferencing.

Dated: ~~September~~ October 12, 2022    HALL HIEATT CONNELY & BOWEN LLP

By: /s/ Stephanie Bowen
CLAYTON U. HALL
STEPHANIE A. BOWEN
Attorneys for Defendant,
SAN LUIS COASTAL USD

Dated: October 12, 2022    LEIGH LAW GROUP, P.C.

By: _____
JAY T. JAMBECK, ESQ.
Attorneys for Plaintiffs,
GUNNAR ELLENBECKER, CESAR ORTEGA, JR. and N. ORTEGA

[PROPOSED] ORDER

THE COURT, having reviewed and considered the Joint Request for Video-Teleconference filed by Defendant, SAN LUIS COASTAL USD, THE COURT RULES AS FOLLOWS:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Request for Video-Teleconference is GRANTED.

Dated: _____    _____
STEPHEN V. WILSON,
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**
**[C.C.P. §§1013, 2015.5]**

Pursuant to California Code of Civil Procedure §§1013(a)(3) and 2015.5, I declare:

I am a resident of the State of California. I am over the age of eighteen years and I am not a party to the within entitled action. I am employed by the Law Firm of Hall Hieatt Connely & Bowen LLP, and my business address is 444 Higuera Street, Third Floor, San Luis Obispo, California.

On October 12, 2022, I served the within **PLAINTIFFS' AND DEFENDANT'S JOINT REQUEST FOR REMOTE VIDEO-TELECONFERENCE HEARING** on the interested parties as follows:

**Attorney for Plaintiffs:**
Jay T. Jambeck, Esq.
Mandy G. Leigh, Esq.
Damien B. Troutman, Esq.
Leigh Law Group, P.C.
870 Market Street, Ste. 1157
San Francisco, CA 94102
Tel: (415) 399-9155
Fax: (415) 795-3733
jjambeck@leighlawgroup.com

☐ **By Mail.** I caused each envelope addressed to the office of the person(s) listed above, with postage thereon fully prepaid as first class mail, to be collected for same day deposit according to the firm's practice and procedure to be placed in the United States Mail at San Luis Obispo, California.

☐ **By Personal Service.** I caused such document(s) to be delivered by hand to the office of the person(s) listed above.

☐ **By Overnight Delivery.** I caused such document(s) to be delivered by OnTrac Overnight/Federal Express courier service to the office of the person(s) listed above.

☐ **By Facsimile Transmission.** I caused such document(s) to be delivered by facsimile transmission to the facsimile number(s) of the person(s) listed above and that transmission was reported as complete and without error.

✓ **By Email or Electronic Transmission Through CM/ECF Court Filing:** Based on a Court order or an agreement of the parties to accept service by email or electronic transmission, I caused the document(s) to be sent from email address ccummins@hhcb-slo.com to the persons at the email addresses listed above through the Court's CM/ECF system. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

✓ **Federal.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on October 12, 2022, at San Luis Obispo, California.

　　　　　　　　　　　　　　　　　　　/s/ Charles B. Cummins
　　　　　　　　　　　　　　　　　　　CHARLES B. CUMMINS